FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

98 OCT 30 PM 3:07

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| HENRY JEROME FORD, | ) |
| Petitioner, | ) |
| vs | ) CIVIL ACTION NO. 98-PT-0553-S |
| WARDEN ARNOLD HOLT, et al, | ) |
| Respondent(s). | ) |

ENTERED

OCT 30 1998

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 30TH day of October, 1998.

ROBERT B. PROPST,
UNITED STATES DISTRICT JUDGE

---

[1] The petitioner filed a "Motion to Dismiss," in which he states that he agrees with the Magistrate Judge's recommendation that this petition should be dismissed without prejudice.

